No. 24-1610

# In the United States Court of Appeals for the Eighth Circuit

BRYAN MICK,
    *Plaintiff-Appellee,*

*v.*

BARRETT GIBBONS, ET AL.,
    *Defendant-Appellees,*

NEBRASKA STATE PATROL,
    *Third-Party Appellant.*

On Appeal from the United States District Court
for the District of Nebraska
The Honorable John M. Gerrard

## NOTICE OF METHOD OF APPENDIX PREPARATION

Notice is hereby given that Third-Party Appellant Nebraska State Patrol will produce a joint appendix pursuant to Fed. R. App. P. 30(a) and (b) and 8th Cir. R. 30A(b)(2). The parties have conferred and Appellee agrees to the preparation of a joint appendix.

Dated: April 5, 2024

MICHAEL T. HILGERS
Attorney General of Nebraska

Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297

Respectfully submitted.

/s/ Eric J. Hamilton
ERIC J. HAMILTON
Solicitor General
eric.hamilton@nebraska.gov

ZACHARY A. VIGLIANCO
Deputy Solicitor General
zachary.viglianco@nebraska.gov

GRANT D. STROBL
Assistant Solicitor General
grant.strobl@nebraska.gov

Counsel for Appellant

CERTIFICATE OF SERVICE

On April 5, 2024, this notice was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

/s/ Eric J. Hamilton
ERIC J. HAMILTON