# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1610

Bryan S. Mick, Personal Representative of the Estate of Print Zutavern, Deceased

Appellee

v.

Deputy Barrett Gibbons, in his individual and official capacities, et al.

Appellees

Trp. Sam Mortenson, in his individual and official capacities, et al.

Trp. Brandon Wilke, in his individual capacity

Appellee

Cpt. Tyler Schmidt, in his individual and official capacities

John/Jane Doe, training supervisor of the Nebraska State Patrol, in his/her individual and official capacities

Appellee

Nebraska State Patrol

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:22-cv-03025-JMG)
_____

**ORDER**

Appellee's motion is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

May 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Stephanie N. O'Banion